James Tinley, appellee, v. Isidore Phillips, appellant.   Gen. No. 29,617.

Action for real estate commissions. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Richard Carpenter, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1924. Affirmed. Opinion filed June 17, 1925. Rehearing denied July 1, 1925. *Certiorari* denied by Supreme Court (making opinion final).

G. A. Buresh, for appellant. Teller, Levit, Silvertrust & Levi, for appellee; Morris K. Levinson, of counsel.

Mr. Justice Taylor delivered the opinion of the court.


Margaret M. McCarthy, appellant, v. William J. McCarthy et al., appellees.   Gen. No. 29,629.

Suit for separate maintenance and equitable garnishment. Judgment for garnishees. Appeal from the Superior Court of Cook county; the Hon. John J. Sullivan, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1924. Affirmed. Opinion filed June 17, 1925. Rehearing denied July 1, 1925.

McMahon & Graber, for appellant. Ryan, Condon & Livingston, for Andrew J. Ryan, appellee; David J. Greenberg, of counsel. Irvin Herriott, for Louis E. Hart, appellee; Sherman C. Spitzer, George Gillette and Charles F. Grimes, for Chicago Title & Trust Co., appellee.

Mr. Justice Taylor delivered the opinion of the court.


David R. Steffey, trading as Steffey Brothers, appellant, v. Otto Krug, appellee.   Gen. No. 29,644.

Action for money had and received. Judgment for the defendant. Appeal from the Municipal Court of Chicago; the Hon. John F. Haas, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1924. Reversed and judgment here. Opinion filed June 17, 1925.

Dawson & Dawson, for appellant. Frank R. Schneberger, for appellee.

Mr. Justice Taylor delivered the opinion of the court.


E. Hendricks, appellee, v. Jake Goldstein and A. Becker, appellants. Gen. No. 29,656.

Action on promissory notes. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Joseph W. Schulman, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1924. Affirmed. Opinion filed June 17, 1925.

Edward E. Contarsy, for appellants. Samuel L. Cohen, for appellee; Morris K. Levinson, of counsel.

Mr. Justice Taylor delivered the opinion of the court.